UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JONES LANG LASALLE OF NEW YORK LLC,

                           Plaintiff,

      -against-

NGM INSURANCE COMPANY,

                           Defendant.
-----------------------------------------------------------------X

Civil Action No.: 1:15-CV-551-RJA

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for plaintiff JONES LANG LASALLE AMERICAS, INC. and JONES LANG LASALLE SERVICES, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:  New York, New York
       June 29, 2015

                                            Respectfully submitted,

                                            *Richard E. Leff*

                                            _____
                                            Richard E. Leff (RL- 2123)
                                            **McGIVNEY & KLUGER, P.C.**
                                            Attorneys for Plaintiff
                                            **JONES LANG LASALLE OF NEW YORK LLC**
                                            80 Broad Street
                                            New York, New York  10004
                                            (212) 509-3456
                                            File No.:  3879G-0001

TO:  **NGM INSURANCE COMPANY**
       4601 Touchton Road East
       Suite 3400
       Jacksonville, Florida  32246

{DJ Complaint -1}